ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
MEGAN K. HEY, State Bar No. 232345
Deputy Attorneys General
 300 S Spring Street
 Los Angeles, CA 90013
 Telephone:  (213) 269-6344
 Fax:  (916) 731-2128
 E-mail:  Megan.Hey@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity*
*As Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PERSONAL CARE PRODUCTS COUNCIL,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | Case No. 2:26-CV-00682-DJC-CKD<br><br>**ORDER GRANTING JOINT REQUEST FOR ADDITIONAL TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT**<br><br>Trial Date:    None set<br>Action Filed:  3/3/2026 |

Pursuant to Local Rule 144(a), Plaintiff The Personal Care Products Council ("Plaintiff") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, ("Defendant") stipulated to the following:

  1.  Plaintiff filed its Complaint on March 3, 2026;

  2.  Plaintiff served the Summons and Complaint on Defendant on March 3, 2026;

  3.  Defendant desires additional time to prepare and file a response to the Complaint;

4.  Plaintiff is willing to agree to a 30-day extension of time for Defendant to prepare and file a response to the Complaint.

Based on the foregoing, and for good cause appearing, the Court hereby ORDERS that Defendant's last day to file a response to the Complaint is extended from March 24, 2026, to April 23, 2026.

IT IS SO ORDERED.

Dated:  March 12, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT REQUEST FOR ADDITIONAL TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT (2:26-CV-00682)