ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
MEGAN K. HEY, State Bar No. 232345
MARY HALEY OUSLEY, State Bar No. 332711
Deputy Attorneys General
  1515 Clay Street, 20th Floor,
  Oakland, California
  Telephone:  (510) 879-3957
  Fax:  (510) 622-2270
  E-mail:  maryhaley.ousley@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity*
*as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PERSONAL CARE PRODUCTS COUNCIL,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, In His Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 2:26-CV-00682-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S FILING OF A RESPONSE TO THE COMPLAINT AND DEADLINES FOR THE FED. R. CIV. PROC. 26(F) CONFERENCE AND JOINT STATUS REPORT**<br><br>Trial Date:    None set<br>Action Filed:  3/2/2026 |

1

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff The Personal Care Products Council ("Plaintiff") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, ("Defendant") (together, the "Parties") jointly request an extension of early case deadlines set by the Court. In support of this request, the Parties state as follows:

WHEREAS, Plaintiff filed its Complaint on March 2, 2026, ECF No. 1;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on March 3, 2026, ECF No. 7;

WHEREAS, the Parties jointly filed a stipulation and proposed order for a 30-day extension of time for Defendant to respond to the Complaint on March 10, 2026, ECF Nos. 9,10.

WHEREAS, the Court granted the Parties' requested extension on March 12, 2026, extending Defendant's deadline to respond to the Complaint from March 24, 2026, to April 23, 2026, ECF No. 11.

WHEREAS, the Court's initial case management order requires the Parties to meet and confer as required by Rule 26(f), and to file a joint status report that includes the Rule 26(f) discovery plan, within sixty (60) days of service of the Complaint (Standing Order, ¶ 6);

WHEREAS, the current deadline for the Parties to meet and confer pursuant to Rule 26(f) and to file a joint status report is May 4, 2026;

WHEREAS, the Parties are having productive conversations concerning case management and the case schedule; and the Parties believe that for this reason another extension of time is warranted;

WHEREAS, the Parties request an approximately thirty (30) day extension of time for Defendant to file his response to the Complaint; and for the Parties to meet and confer pursuant to Rule 26(f) and to file a joint status report;

WHEREAS, other than the extension of Defendant's deadline to file a response to the Complaint, the Parties have not requested additional extensions of time in this matter.

2

**NOW, THEREFORE,** the Parties hereby agree and stipulate as follows:

1.  Defendant's last day to file a response to the Complaint is extended from April 23, 2026, to May 25, 2026;

2.  The Parties' deadline to meet and confer pursuant to Rule 26(f) and to file a joint status report is extended from May 4, 2026, to June 3, 2026.


Dated:  April 17, 2026                      Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            LAURA J. ZUCKERMAN
                                            Supervising Deputy Attorney General


                                            By: */s/ Mary Haley Ousley*
                                            MARY HALEY OUSLEY
                                            Deputy Attorneys General
                                            *Attorneys for Rob Bonta,*
                                            *Attorney General of the State of California*


Dated:  April 17, 2026


                                            By: */s/ Trenton H. Norris* (by permission)
                                            TRENTON H. NORRIS
                                            ALEXANDER TABLAN
                                            HOGAN LOVELLS US LLP
                                            *Attorneys for Plaintiff*
                                            *The Personal Care Products Council*

3

**ORDER**

The Court, having considered the stipulation of the Parties and for good cause shown, hereby orders the following:

1. Defendant's last day to file a response to the Complaint is extended from April 23, 2026, to May 25, 2026;

2. The Parties' deadline to meet and confer pursuant to Rule 26(f) and to file a joint status report is extended from May 4, 2026, to June 3, 2026.

**IT IS SO ORDERED.**

Dated:  April 20, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4