TRENTON H. NORRIS (SBN 164781)
trent.norris@hoganlovells.com
ALEXANDER TABLAN (SBN 346309)
alexander.tablan@hoganlovells.com
ANDREW MUSE-FISHER (SBN 364086)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499

WILLIS WAGNER (SBN 310900)
will.wagner@gtlaw.com
TAMARA WIESEBRON (SBN 338967)
tamara.wiesebron@gtlaw.com
ALEXANDRA LIZANO (SBN 334294)
alexandra.lizano@gtlaw.com
GREENBERG TRAURIG LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Telephone:    916.442.1111
Facsimile:    916.448.1709

GREGORY G. SPERLA (SBN 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP
1415 L Street, Suite 270
Sacramento, CA 95814
Telephone:    916.930.3200
Facsimile:    916.930.3201

Attorneys for Plaintiff THE PERSONAL CARE PRODUCTS COUNCIL

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Plaintiff,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                    Defendant. | CASE NO. 2:26-cv-00682-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S SUMMARY JUDGMENT MOTION**<br><br><br>Complaint Filed: March 2, 2026<br>Trial Date: None Set |

## ORDER

The Court, having considered the joint stipulation of the parties, hereby orders the following:

1. <u>May 1, 2026</u>: By this date, Plaintiff shall file its motion for summary judgment.

2. Plaintiff's motion for summary judgment includes a declaration of one expert. The parties shall meet and confer to schedule Defendant's deposition of that expert at the earliest convenient date.

3. <u>June 30, 2026</u>: By this date, Defendant shall file any response to the motion for summary judgment.

4. Defendant's response brief may include one or more expert declarations. The parties shall meet and confer to schedule Plaintiff's deposition of those experts at the earliest convenient date following the filing of Defendant's response to Plaintiff's motion for summary judgment.

5. <u>August 6, 2026</u>: By this date, Plaintiff shall file its reply in support of its motion for summary judgment.

6. <u>August 27, 2026</u>: On this date at 1:30 PM, the Court will hold a hearing on Plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: April 28, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE