ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
MEGAN K. HEY, State Bar No. 232345
MARY HALEY OUSLEY, State Bar No. 332711
Deputy Attorneys General
  1515 Clay Street, 20th Floor,
  Oakland, California
  Telephone:  (510) 879-3957
  Fax:  (510) 622-2270
  E-mail:  maryhaley.ousley@doj.ca.gov
*Attorneys for Rob Bonta, in his Official Capacity*
*as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PERSONAL CARE PRODUCTS COUNCIL,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, In His Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 2:26-CV-00682-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S FILING OF A RESPONSE TO THE COMPLAINT, DEADLINES FOR THE FED. R. CIV. PROC. 26(F) CONFERENCE AND JOINT STATUS REPORT, AND DEADLINES FOR BRIEFING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. Daniel J. Calabretta<br>Courtroom:  7<br><br>Trial Date:  None set<br>Action Filed: 3/2/2026 |

1

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff The Personal Care Products Council ("Plaintiff") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, ("Defendant") (together, the "Parties") jointly request an extension of case deadlines set by the Court. In support of this request, the Parties state as follows:

WHEREAS, Plaintiff filed its Complaint on March 2, 2026, ECF No. 1;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on March 3, 2026, ECF No. 7;

WHEREAS, the Parties jointly filed a stipulation and proposed order for a 30-day extension of time for Defendant to respond to the Complaint on March 10, 2026, ECF Nos. 9,10.

WHEREAS, the Court granted the Parties' requested extension on March 12, 2026, extending Defendant's deadline to respond to the Complaint from March 24, 2026, to April 23, 2026, ECF No. 11.

WHEREAS, under the Court's initial case management order, the Parties' meet and confer and joint status report pursuant to Rule 26(f) was due May 4, 2026;

WHEREAS, the Parties engaged in productive conversations concerning case management and the case schedule; and believed that for this reason another extension of time was warranted; therefore on April 17, 2026, they jointly submitted a stipulation and proposed order extending Defendant's time in which to respond from April 23, 2026 to May 25, 2026, and the Parties' deadline to meet and confer pursuant to Rule 26(f) and to file a joint status report from May 4, 2026 to June 3, 2026, ECF No. 13;

WHEREAS, the Court granted the Parties' requests, extending Defendant's time in which to respond to the Complaint until May 25, 2026, and the Parties' deadline to meet and confer and file the Rule 26(f) initial status report by June 3, 2026, ECF No. 14;

WHEREAS, on April 24, 2026, the Parties filed a joint stipulation to set the briefing schedule on Plaintiff's summary judgment motion, as follows: Plaintiff shall file a summary judgment motion on May 1, 2026; Defendant must file any response by June 30, 2026;

2

Plaintiff shall file a supporting reply by August 6, 2026, and the motion will be heard August 27, 2026, ECF No. 15;

WHEREAS, Plaintiff filed its summary judgment papers on April 27, 2026, ECF Nos. 16-22;

WHEREAS, on April 28, 2026, the Court granted the Parties' stipulated briefing schedule on Plaintiff's summary judgment motion and adopted the proposed dates in its order, ECF No. 23;

WHEREAS, the Parties continue to engage in productive discussions regarding case management; and they believe that the conservation of judicial resources, and those of the parties, warrants a further extension of time before these filings are due;

WHEREAS, the Parties request an approximately thirty (30) day extension of time for Defendant to file his response to the Complaint; for the Parties to meet and confer pursuant to Rule 26(f) and to file a joint status report; and they propose that all of the dates related to Plaintiff's summary judgment motion be extended by 30 days;

WHEREAS, other than the two extensions of Defendant's deadline to file a response to the Complaint and the deadline for the Parties to file their joint status report pursuant to Rule 26(f), the Parties have not requested additional extensions of time in this matter.

**NOW, THEREFORE,** the Parties hereby agree and stipulate as follows:

1. Defendant's last day to file a response to the Complaint is extended from May 25, 2026 to June 24, 2026;

2. The Parties' deadline to meet and confer pursuant to Rule 26(f) and to file a joint status report is extended from June 3, 2026 to July 3, 2026;

///

///

///

///

STIPULATION AND ORDER TO EXTEND TIME AND DEADLINES
(2:26-CV-00682-DJC-CKD)

3.     Defendant's deadline for any response to Plaintiff's summary judgment motion is extended from June 30, 2026 to July 30, 2026; Plaintiff's deadline for a reply supporting its summary judgment motion is extended from August 6, 2026 to September 4, 2026, and the motion will be heard at 1:30 p.m. on September 24, 2026, or on a date acceptable to the Court in late September 2026.

Dated:  May 22, 2026                                Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

/s/ Megan K. Hey

MEGAN K. HEY
MARY HALEY OUSLEY
Deputy Attorneys General
Attorneys for Rob Bonta,
Attorney General of the State of California

Dated:  May 22, 2026

/s/ Trenton H. Norris (by permission)

TRENTON H. NORRIS
ALEXANDER TABLAN
HOGAN LOVELLS US LLP
Attorneys for Plaintiff
The Personal Care Products Council

LA2026950108
68473449

4

## ORDER

The Court, having considered the stipulation of the Parties and for good cause shown, hereby orders the following:

1.      Defendant's last day to file a response to the Complaint is extended from May 25, 2026 to June 24, 2026;

2.      The Parties' deadline to meet and confer pursuant to Rule 26(f) and to file a joint status report is extended from June 3, 2026 to July 3, 2026;

3.      Defendant's deadline for any response to Plaintiff's summary judgment motion is extended from June 30, 2026 to July 30, 2026; Plaintiff's deadline for a reply supporting its summary judgment motion is extended from August 6, 2026 to September 4, 2026, and the motion will be heard at 1:30 p.m. on September 24, 2026.

**IT IS SO ORDERED.**

Dated:  May 22, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE